United States District Court
Southern District of Texas
**ENTERED**
March 03, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CRIMINAL ACTION NO. H-13-121 |
| vs. | § |
| | § CIVIL ACTION NO. H-16-1618 |
| | § |
| JUAN HERNANDEZ-ROBLES | § |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, Civil Action No. 16-1618 is dismissed with prejudice. Defendant's motion for relief under 28 U.S.C. § 2255 is denied.

This is a final judgment.

SIGNED on March 3, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge